**PROCEEDING MEMO**

**Date: 11/05/2019 02:30 pm**

In re: Lori Halpin

Bankruptcy No. 18-22059-CMB
Chapter: 7
Doc. # 58

**Appearances:** Ryan Cooney;  Kevin Capuzzi - BY PHONE;  Gusty Sunseri

**Nature of Proceeding:** #12 and #27 Rescheduled Status Conference Hearing Re: Motion to Dismiss Involuntary Petition by Lori Halpin and Answer and Affirmative Defenses to Involuntary Petition

**Additional Pleadings:** #16 Petitioning Creditor's Objection to the Reputed Debtors' Motions to Dismiss Involuntary Chapter 7 Petitions
         #22 Brief by Reputed Debtor in Support of Motion to Dismiss Involuntary Chapter 7 Petition
         #46 Joint Status Report Regarding Mediation
         #47 Status Report
         #50 Certification of Counsel Regarding Appointment of Mediator Nunc Pro Tunc
         #52 Consent Order Signed 04/01/2019 Requiring Mediation
         #54 Mediator's Certificate of Completion of Mediators Conference
         #63 Petitioning Creditor's Motion For Adjournment of Status Conference Scheduled for 10/23/2019
         #64 Order Signed 10/03/2019 Granting #63

**Judge's Notes:**

14 days for debtor to file a list of all creditors according to Rule 1003(b)

Attorney sunseri allowed 45 days from the filing of the Rule 1003(b) list to contact the creditors, discovery is open but limited to issues arising from the list of creditors

matter continued to status conference on 1/8/20 at 10:00 (appearance via telephone is permitted)

court directs an in person meeting between attorney sunseri and attorney cooney, a minimum of 2 hours, by 12/10/19, with clients to be available by phone, attorney capuzzi may be available by phone, court prefers attorney capuzzi attend in person. status report to be filed by attorney cooney by 12/12/19

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
11/5/19 5:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA